SLIP OPINION

Cite as 2015 Ark. 374

# SUPREME COURT OF ARKANSAS

**Opinion Delivered** October 8, 2015

IN RE SUPREME COURT
COMMITTEE ON MODEL JURY
INSTRUCTIONS – CIVIL

**PER CURIAM**

Richard Donovan, Esq., of Little Rock, Michelle Kaemmerling, Esq., of Little Rock, and the Honorable Doug Schrantz, Circuit Judge, of Bentonville, are appointed to the Committee on Model Jury Instructions–Civil for three-year terms to expire on September 30, 2018. The court extends its appreciation to these new members for their willingness to serve on this important committee.

We designate Edie Ervin, a current member of the committee, to succeed Steve Lancaster as chair. We thank Ms. Ervin for undertaking these additional responsibilities. We also thank Mr. Lancaster for his dedicated service to this important committee.

The court expresses its gratitude to the other outgoing members, Judge Mike Fitzhugh and Judge Chip Welch, for their years of valuable service to this committee.